BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile:  415-813-6222

DESMARAIS LLP
Jonas R. McDavit (admitted pro hac vice)
jmcdavit@desmaraisllp.com
Lauren M. Nowierski (pro hac vice pending)
lnowierski@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

*Attorneys for Defendant and Counterclaim Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROUND ROCK RESEARCH, LLC, <br><br> *Defendant*. <br><br> ROUND ROCK RESEARCH, LLC, <br><br> *Counterclaim Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, INC., <br><br> *Counterclaim Defendant*. | Case No. 3:14-cv-00393-JST (NC) <br><br> **DECLARATION OF DAVID WESTERGARD IN SUPPORT OF MICRON'S OPPOSITION TO ASUS'S MOTION TO COMPEL CONTINUATION OF DEPOSITION AND WRITTEN RESPONSE FROM MICRON** <br><br> [Related case:  Case No. 3:12-2099-JST] |

I, David Westergard, declare as follows:

1. I make this declaration based upon my personal knowledge.

2. I am the Director of Patent Licensing and European Technology in the Legal Department of Micron Technology, Inc. in Boise, Idaho.

3. I submit this declaration in support of Micron's Opposition to ASUS' Motion to Compel Continuation of Deposition And Written Response From Micron. In connection with ASUS's subpoena for testimony to Micron in the underlying litigation (Civ. A. No. 3:12-2099-JST), I sat for a deposition as Micron's corporate representative on November 21 and November 22, 2013 in Boise, Idaho.

4. As I testified in my deposition, I am familiar with the Patent Sale And Transfer Agreement between Round Rock Research, LLC ("Round Rock") and Micron dated December 3, 2009.

5. Micron and Round Rock are wholly separate entities, with no common ownership, officers, directors, or executives.

6. Micron has no control over Round Rock, and Micron does not have any control over the underlying lawsuit between ASUS and Round Rock.

7. Micron was not involved in any licensing negotiations between Round Rock and ASUSTeK Computer Inc., ASUS Computer International, or any other related ASUS affiliates at any point in time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2014, in Boise, Idaho.

*/s/ David Westergard*
David Westergard