# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INT'L, | Case No. 14-cv-00393 JST (NC) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL** |
| v. | |
| MICRON TECHNOLOGY INC., | Re: Dkt. Nos. 2, 15, 20 |
| Defendant. | |

ASUS moves to seal portions of its motion to compel and supporting documents, as well as portions of its reply brief. Non-party Micron moves to seal portions of its opposition to ASUS's motion to compel deposition testimony and supporting documents. In accordance with Civil Local Rule 79-5, Micron filed declarations in support of sealing these documents and has shown good cause under Federal Rule of Civil Procedure 26(c)(1)(G) to seal the opposition to ASUS's motion to compel, portions of the supporting documents to the opposition, and portions of ASUS's reply declaration. Accordingly, the Court GRANTS the motions to seal at docket entries 15 and 20.

However, the Court cannot identify on the docket the location of an unredacted version of the motion to compel. This is necessary for the Court to assess whether the proposed redactions are appropriate. The motion to seal portions of the motion to compel,

Case No. 14-cv-00393 JST (NC)
ORDER GRANTING IN PART
MOTIONS TO SEAL

1  at docket entry 2, is therefore denied without prejudice.  ASUS must re-file the motion to
2  seal in compliance with Civil Local Rule 79-5, including redacted and unredacted versions
3  of the motion and any supporting papers, within seven days of this order.
4        Any party may object to this order to Judge Tigar within fourteen days.  Fed. R. Civ.
5  P. 72(a).
6        IT IS SO ORDERED.
7        Date: April 23, 2014                              _____
                                                            Nathanael M. Cousins
8                                                           United States Magistrate Judge

Case No. 14-cv-00393 JST (NC)
ORDER GRANTING IN PART                    2
MOTIONS TO SEAL